Richard K. Grosboll, State Bar No. 099729
Lois H. Chang, State Bar No. 278146
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email:  Rgrosboll@neyhartlaw.com
        Lchang@neyhartlaw.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, as Trustee of the above,<br><br>Plaintiffs,<br>v.<br><br>GEORGE FAJARDO d/b/a AMERICAN EAGLE ENVIRONMENTAL, sole ownership and AMERICAN EAGLE ENVIRONMENTAL, INC.;<br><br>Defendants. | Case No.   19-cv-06586-VC<br><br>**[proposed]** ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS<br><br>[F.R.C.P. Rule 55(b)]<br><br>Date:         March 18, 2021<br>Time:         2:00 p.m.<br>Courtroom:  4, 17th Floor<br>Location:     450 Golden Gate Ave.<br>              San Francisco, CA 94102<br>Judge:        Hon. Vince Chhabria<br><br>ZOOM Hearing (Pandemic) |

This matter came on regularly for virtual hearing (due to the pandemic) on March 18, 2021 at 2:00 p.m., or as soon thereafter as may be heard, the Honorable Vince Chhabria presiding. Plaintiffs the BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY

-1-

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL

**[proposed]** ORDER Granting DEFAULT JUDGMENT
Case No. 19-cv-06586-VC

PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND, and DOUG ZIEGLER as a Trustee and Fiduciary of each Trust Funds (hereinafter collectively referred to as the "Plaintiffs" or "Trust Funds") were represented by Lois H. Chang.  Defendants failed to appear.

Having considered the argument of Ms. Chang, the Notice, the Points and Authorities, the submitted Declarations of Ms. Chang, Mr. Capers and the entire file in this action, the Court finds that the *Eitel* factors support the entry of default judgment. *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

IT IS ORDERED THAT Plaintiffs Motion for Default Judgment Against Defendants GEORGE FAJARDO d/b/a AMERICAN EAGLE ENVIRONMENTAL, sole ownership and AMERICAN EAGLE ENVIRONMENTAL, INC. is hereby GRANTED.  Judgment is entered against Defendant in the amount of **$66,327.44**.

**IT IS SO ORDERED.**

Dated: March 19, 2021



UNITED STATES JUDGE

GRANTED
Judge Vince Chhabria